IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RICHARD O. SMITH**  **PLAINTIFF**
**#80625**

v.  Case No. 4:22-CV-00833-LPR

**McFADDEN, et al.**  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff Richard O. Smith's Complaint is dismissed without prejudice. The Court recommends that future courts consider dismissal of this action as a "strike" within the meaning of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or the accompanying Order would not be taken in good faith.

IT IS SO ADJUDGED this 11th day of April 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE